■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL McCLOUD, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Suffolk County, rendered February 27, 1979, resentencing him to an indeterminate term of incarceration having a minimum term of 15 years and a maximum term of life imprisonment. Judgment affirmed. The sentencing court did not abuse its discretion in denying youthful offender treatment (see CPL 720.20; *People v Drayton,* 39 NY2d 580). The questions raised regarding the original conviction are not properly before us on this appeal from the judgment resentencing defendant (see *People v Williams,* 6 NY2d 193; *People v Heckstall,* 65 AD2d 581). We have considered defendant's remaining contentions and find them to be without merit. Damiani, J. P., Mangano, O'Connor and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIMAS RODRIGUEZ, Also Known as COCO RODRIGUEZ, Appellant.—Judgment of County Court, Suffolk County, rendered March 13, 1979, affirmed (see *People v Osgood,* 71 AD2d 1030). This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gibbons, Gulotta and Cohalan, JJ., concur.